**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE SHARP,<br><br>            Petitioner,<br><br>      vs.<br><br>MICHAEL D. McDONALD, WARDEN,<br><br>            Respondent. | CASE NO. CV 11-00404 PA (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 12, 2011

---

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE