**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE SHARP,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL D. McDONALD, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 11-00404 PA (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of TYRONE SHARP, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 12, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE